# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SC SJ HOLDINGS LLC, *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br>Bankruptcy Case No. 21-10549 (JTD)<br><br>(Jointly Administered) |
| SC SJ HOLDINGS LLC, FMT SJ LLC,<br><br>  Appellants,<br><br>v.<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP,<br><br>  Appellee. | Civil Action No. 23-cv-00808 (MN)<br>Bankruptcy Appellate Panel No. 22-36 |

## APPELLANTS' NOTICE TO COURT REGARDING STATUS AND REQUEST TO STAY DEADLINES

GELLERT SCALI BUSENKELL & BROWN, LLC
Michael Busenkell (DE 3933)
Ronald S. Gellert (DE 4259)
Bradley P. Lehman (DE 5921)
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com
   rgellert@gsbblaw.com
   blehman@gsbblaw.com

OGBORN MIHM LLP
Michael T. Mihm, *pro hac vice*
Jason B. Wesoky, *pro hac vice*
James E. Fogg, *pro hac vice*
1700 Lincoln, Suite 2700
Denver, CO 80203
Telephone: (303) 592-5900
Facsimile: (303) 592-5910
Email:
   michael.mihm@OMTrial.com
   jason.weskoy@OMTrial.com
   james.fogg@OMTrial.com

*Counsel to Appellants*

Dated: August 14, 2023

Appellants SC SJ Holdings, LLC and FMT SJ, LLC hereby notify this Court of the status of the underlying bankruptcy proceeding specifically as it relates to this appeal.

Contemporaneously with the notice of appeal filed on July 26, 2023, Appellants filed a Motion for Extension to File Notice of Appeal with the bankruptcy court [D.I. 1129]. That motion remains pending in the bankruptcy court. Accordingly, until that motion is decided, Appellants respectfully request this Court stay any deadlines associated with this appeal.

Dated: August 14, 2023
Wilmington, Delaware

                         **GELLERT SCALI BUSENKELL & BROWN, LLC**

                         */s/ Ronald S. Gellert*
                         Michael Busenkell (DE 3933)
                         Ronald S. Gellert (DE 4259)
                         Bradley P. Lehman (DE 5921)
                         1201 North Orange Street, Suite 300
                         Wilmington, DE 19801
                         Telephone: (302) 425-5800
                         Facsimile: (302) 425-5814
                         Email: mbusenkell@gsbblaw.com
                                    rgellert@gsbblaw.com
                                    blehman@gsbblaw.com

                         and

**OGBORN MIHM LLP**
Michael T. Mihm, *pro hac vice*
Jason B. Wesoky, *pro hac vice*
James E. Fogg, *pro hac vice*
1700 Lincoln, Suite 2700
Denver, CO 80203
Telephone: (303) 592-5900
Facsimile: (303) 592-5910
Email:
michael.mihm@OMTrial.com
jason.weskoy@OMTrial.com
james.fogg@OMTrial.com

*Counsel to Appellants*

## CERTIFICATE OF SERVICE

I, Ronald S. Gellert, Esq., hereby certify that on August 14, 2023, I caused a true and correct copy of the foregoing to be electronically served through the Court's CM/ECF system which will send notification that such filing is available for viewing and downloading to all registered participants.

                                              */s/ Ronald S. Gellert*
                                              Ronald S. Gellert (DE 4259)